MC–275

Name _Ramiro Munoz Garza_

Address _____

_____

_____

CDC or ID Number _F04325_

_Fresno Bus+_
_to San Fransico_
(Court)

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JS 530

CV 08   4086 JSW

| Ramiro Munoz Garza |
|---|
| Petitioner |
| vs. |
| |
| Respondent |

PETITION FOR WRIT OF HABEAS CORPUS

No. _F02C70-2 6L-1_ (PR)
*(To be supplied by the Clerk of the Court)*

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.
- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. *See* Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

THOMSON
WEST

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380

**This petition concerns:**

- ☒ A conviction
- ☐ Parole
- ☒ A sentence
- ☐ Credits
- ☒ Jail or prison conditions
- ☐ Prison discipline
- ☐ Other (specify): **Broken Probation 13 year**

1. Your name: **LJD Jhad**
2. Where are you incarcerated? **San Diego, CA**
3. Why are you in custody? ☒ Criminal Conviction ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   **157 2 hung Murder 245 A assault with a deadly weapon**

b. Penal or other code sections:

c. Name and location of sentencing or committing court: **Fresno, CA**

d. Case number: **F 02670731-9**

e. Date convicted or committed: **2002 FeB 14**

f. Date sentenced: **13 years I don't no**

g. Length of sentence: **13 years**

h. When do you expect to be released? **as soon as no do no leasy**

i. Were you represented by counsel in the trial court? ☐ Yes. ☒ No. If yes, state the attorney's name and address:
   **I was my own Lawyer took it to court ... Public defender**

4. What was the LAST plea you entered? (check one)
   ☒ Not guilty  ☐ Guilty  ☐ Nolo Contendere  ☐ Other:

5. If you pleaded not guilty, what kind of trial did you have?
   ☐ Jury  ☒ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

MC-275

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Will I got cust for 1572 hand Murder was gym a 1 year program probation 5 years 13 year LID Joint subention

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

Will when I was in the program at LA sent to LA court for 1 year I got into a fight with [illegible] July in program we were both in the program they said could not [illegible]... will when I went to court Fresno CA gave me 13 year LID I had I feel that not right due [illegible]

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Both in program will they said I had fight went to court they gave me 13 years

7. Ground 2 or Ground ___ (if applicable):

it was a self defense fight for my part only good that you

a. Supporting facts:

I was [illegible] that program so I did with a guilty in that I your no [illegible] with the [illegible] a year all the [illegible] have a [illegible]

they want to release all kinds of [illegible] over my [illegible] well this was just a fist fight you no cut anylevel you no 13 years is to much time guilty or inocence so I hope

b. Supporting cases, rules, or other authority:

find me good just a [illegible] all had prob 1 year program out on the street just like I [illegible] fight come on

name you

MC-275

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

   b. Result _Appillate_  c. Date of decision: _____
   d. Case number or citation of opinion, if known: _Sa, d No_
   e. Issues raised: (1) _____
      (2) _Self defense_
      (3) _____
   f. Were you represented by counsel on appeal? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No. If yes, give the following information:
   a. Result _Superier_  b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) _for  fist fight_
      (2) _Self defe..._
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    _Will you No the hole story if you want to belive it was ny... No good to me I need to appeal Sa..ne how to ... I ne say y... a good Judge T..._

    b. Did you seek the highest level of administrative review available? ☑ Yes. ☐ No. _A level  f sai d NO_
       Attach documents that show you have exhausted your administrative remedies.

MC-275 [Rev. January 1, 2007]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page 5 of 6

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

MC-275

13. a. (1) Name of court: _Eastern District Said_

   (2) Nature of proceeding (for example, "habeas corpus petition"): _cv 0_

   (3) Issues raised: (a) _20 + mc's you_

   (b) _keep on send_

   (4) Result (Attach order or explain why unavailable): _my river_

   (5) Date of decision: _____

 b. (1) Name of court: _Fresno cob_

   (2) Nature of proceeding: _all the evil_

   (3) Issues raised: (a) _o + my court_

   (b) _also_

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _I need you to_

 c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
_do case for mc Appeal real easy_

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:
_I need a public defender_

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:
_your my last chance_

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
_all court told me no I gave you my story also all the court that said_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _____

▶ _Raminolding E Garza_
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page 6 of 6



Case 3:08-cv-04086-JSW    Document 1    Filed 08/26/2008    Page 8 of 8